AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Robert E. Easley,

vs

Warden, Chillicothe
Correctional Institution,

JUDGMENT IN A CIVIL CASE

Case Number 2:10-cv-735

Judge James L. Graham
Magistrate Judge Elizabeth A. Preston Deavers

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the June 6, 2012 Opinion and Order, this action is Dismissed.

Date: **June 7, 2012**

James Bonini, Clerk

Rashan Spraggins/Deputy Clerk